| | |
|---|---|
| 1 | H. GRANT LAW (SBN:144505)<br>hlaw@shb.com |
| 2 | SARA TROPEA (SBN:227270)<br>stropea@shb.com |
| 3 | AMIR NASSIHI (SBN: 235936)<br>anassihi@shb.com |
| 4 | SHOOK, HARDY & BACON L.L.P.<br>333 Bush Street, Suite 600 |
| 5 | San Francisco, California 94104<br>Telephone: (415) 544-1900 |
| 6 | |
| 7 | Attorneys for Defendant<br>FORD MOTOR COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAX PIERSON | ) | Case No.: C-06-06503 PJH |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION** AND ORDER |
| FORD MOTOR COMPANY, et al. | ) | |
| Defendants, | ) | |

123534V1

STIPULATION TO PARTICIPATE IN
PRIVATE MEDIATION
CASE NO. C-06-06503 PJH

1  The parties have agreed to participate in private mediation and hereby request that this
2  Court's referral to Magistrate Judge Wayne D. Brazil be vacated.

4  DATED: May 25, 2007  SHOOK, HARDY & BACON, L.L.P.

6  By: _____
   H. GRANT LAW
7  SARA TROPEA
   AMIR NASSIHI
   Attorneys for Defendant
8  Ford Motor Company

10 DATED: _____, 2007  LAW OFFICES OF THOMAS J. BRANDI

11 By:_____
   DANIEL DELL'OSSO
12 Attorney for Plaintiff
   Dax Pierson

15 IT IS SO ORDERED.

17 DATED:
                                   _____
18                                 Judge Phyllis J. Hamilton

2

123534V1

STIPULATION TO PARTICIPATE IN
PRIVATE MEDIATION
CASE NO. C-06-06503 PJH

The parties have agreed to participate in private mediation and hereby request that this Court's referral to Magistrate Judge Wayne D. Brazil be vacated.

DATED: _____, 2007     SHOOK, HARDY & BACON, L.L.P.

By:_____
H. GRANT LAW
SARA TROPEA
AMIR NASSIHI
Attorneys for Defendant
Ford Motor Company

DATED: May 25, 2007     LAW OFFICES OF THOMAS J. BRANDI

By:_____
DANIEL DELL'OSSO
Attorney for Plaintiff
Dax Pierson

IT IS SO ORDERED.

DATED: 5/30/07

DEADLINE FOR COMPLETING MEDIATION IS AUGUST 31, 2007.

*Judge Phyllis J. Hamilton*

123534V1

STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION
CASE NO. C-06-06503 PJH