H. GRANT LAW (SBN:144505)
hlaw@shb.com
SARA TROPEA (SBN:227270)
stropea@shb.com
AMIR NASSIHI (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104
Telephone: (415) 544-1900

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PATRICK SCOTT; ON THE MOVE, INC.; DIGBY ADLER GROUP, LLC; BANDAGO VAN RENTAL; AND DOES 1-50, inclusive<br><br>　　　　Defendants,<br><hr>DIGBY ADLER GROUP, LLC., dba BANDAGO VAN RENTAL, and ON THE MOVE, INC.,<br><br>　　　　Cross-Complainants,<br><br>　vs.<br><br>FORD MOTOR COMPANY<br><br>　　　　Cross-Defendant, | Case No.: C-06-06503 PJH<br><br>**JOINT MOTION TO AMEND CASE MANAGEMENT AND PRETRIAL MOTION** |

JOINT MOTION TO AMEND CASE
MANAGEMENT AND PRETRIAL ORDER
CASE NO. C-06-06503 PJH

124186V1

1  Plaintiff Dax Pierson ("Pierson") and Defendant Ford Motor Company ("Ford") have met
2  and conferred with respect to expert discovery and respectfully move this Court to amend the
3  January 18, 2007 Case Management and Pretrial Order as follows:
4  The parties will disclose experts and areas of testimony on June 15, 2007 per the Court's
5  January 18, 2007 order. Depositions of Pierson's experts on each topic will precede Ford's experts
6  on each topic. Ford's corresponding expert will be deposed a minimum of 60 days after Pierson's
7  expert. Pierson's experts will have 30 days after each defense expert's deposition to serve a rebuttal
8  report. If Ford needs to take an additional deposition based on Pierson's rebuttal reports, Pierson
9  will make those experts available thereafter.
10  This agreed-to schedule will not permit expert and non-expert discovery to be completed by
11  the current deadline of August 15, 2007. Instead, the parties anticipate completing expert and non-
12  expert discovery by October 15, 2007.
13  Good cause exists to amend the Court's order to extend the discovery cutoffs to October 15,
14  2007. The trial of this matter is set for February 11, 2008, nearly six months after the current August
15  15, 2007 discovery cutoff. The parties have agreed to a schedule and procedure for expert discovery
16  that will allow for an orderly exchange of each party's respective theories and opinions, while in no
17  way impacting the February 11, 2008 trial date. Therefore, Pierson and Ford respectfully request that
18  this Court amend the Case Management and Pretrial Order to extend the discovery cutoffs to
19  October 15, 2007.

DATED: June 14, 2007

SHOOK, HARDY & BACON, L.L.P.

By: _____
H. GRANT LAW
SARA TROPEA
AMIR NASSIHI
Attorneys for Defendant
Ford Motor Company

DATED: June 14, 2007

LAW OFFICES OF THOMAS J. BRANDI

By: _____
DANIEL DELL'OSSO
Attorney for Plaintiff
Dax Pierson

IT IS SO ORDERED.

DATED: 6/25/07

THE DISPOSITIVE MOTIONS HEARING DEADLINE WILL NOT BE CONTINUED.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

3

JOINT MOTION TO AMEND CASE
MANAGEMENT AND PRETRIAL ORDER
CASE NO. C-06-06503 PJH

124186V1