```
H. GRANT LAW (SBN:144505)
hlaw@shb.com
SARA TROPEA (SBN:227270)
stropea@shb.com
AMIR NASSIHI (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104
Telephone: (415) 544-1900

Attorneys for Defendant
FORD MOTOR COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK SCOTT; ON THE MOVE, INC.; DIGBY ADLER GROUP, LLC; BANDAGO VAN RENTAL; AND DOES 1-50, inclusive<br><br>    Defendants,<br><br>DIGBY ADLER GROUP, LLC., dba BANDAGO VAN RENTAL, and ON THE MOVE, INC.,<br><br>    Cross-Complainants,<br><br>vs.<br><br>FORD MOTOR COMPANY<br><br>    Cross-Defendant, | Case No.: C-06-06503 PJH<br><br>**JOINT MOTION TO EXTEND TIME TO COMPLETE PRIVATE MEDIATION**<br>AND ORDER |

Plaintiff Dax Pierson ("Pierson") and Defendant Ford Motor Company ("Ford") have met and conferred with respect to conducting a mediation in this case and respectfully move this Court to

1  amend its May 30, 2007 requiring the parties to complete mediation by August 31, 2007.

2  The parties are currently engaged in expert discovery and will not be prepared to complete a

3  meaningful mediation by August 31, 2007. The parties seek an order extending the time to complete

4  mediation to September 30, 2007, to allow for further expert discovery and a meaningful mediation.

5

6  DATED: _____, 2007        SHOOK, HARDY & BACON, L.L.P.

7

8                                        By:_____
                                              H. GRANT LAW
                                              SARA TROPEA
9                                             AMIR NASSIHI
                                              Attorneys for Defendant
10                                            Ford Motor Company

11

12 DATED: _____, 2007        LAW OFFICES OF THOMAS J. BRANDI

13

14                                        By:_____
                                              DANIEL DELL'OSSO
                                              Attorney for Plaintiff
15                                            Dax Pierson

16

17     IT IS SO ORDERED.

18

19 DATED:                                      _____
                                                    Judge Phyllis Hamilton
20

21

22

23

24

25

26

27                                         2

28                                                    JOINT MOTION TO EXTEND TIME
                                                      TO COMPLETE PRIVATE MEDIATION
                                                      CASE NO. C-06-06503 PJH

127083V1

amend its May 30, 2007 requiring the parties to complete mediation by August 31, 2007.

The parties are currently engaged in expert discovery and will not be prepared to complete a meaningful mediation by August 31, 2007. The parties seek an order extending the time to complete mediation to September 30, 2007, to allow for further expert discovery and a meaningful mediation.

DATED: 8/13, 2007          SHOOK, HARDY & BACON, L.L.P.

By: _____
H. GRANT LAW
SARA TROPEA
AMIR NASSIHI
Attorneys for Defendant
Ford Motor Company

DATED: 8·10·, 2007         LAW OFFICES OF THOMAS J. BRANDI

By: _____
DANIEL DELL'OSSO
Attorney for Plaintiff
Dax Pierson

IT IS SO ORDERED.

DATED: 8/14/07

NO OTHE DATES WILL BE EXTENDED.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

JOINT MOTION TO EXTEND TIME
TO COMPLETE PRIVATE MEDIATION
CASE NO. C-06-06503 PJH