THE BRANDI LAW FIRM
Daniel Dell'Osso, Esq. (#118203)
354 Pine Street, Third Floor
San Francisco, California 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

TORNSNES, BARTOLOTTA, MCGUIRE
KEVIN F. QUINN #106224
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: 619 236-9363
Facsimile : 619 236-9653

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No.: C-06-06503 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Complaint filed November 17, 2005 |

　　　　Plaintiff Dax Pierson ("Pierson") and defendant Ford Motor Company ("Ford") have met and conferred with respect to expert discovery and respectfully move this Court to amend the October 15, 2007 Amended Case Management and Pretrial Order.

　　　　Good cause exists to extend the expert witness discovery cut-off date from February 29, 2008 to May 15, 2008 by virtue of the following:

　　　　Trial in this matter is set to commence on August 4, 2008. Currently the deadline

1
STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER-
Case No.: C-06-06503 PJH

for expert discovery cut-off is February 29, 2008. Plaintiff's Counsel, Daniel Dell'Osso, who has primary responsibility for the liability case against Ford, was involved in a four week trial in Reno, Nevada during the month of January. Accordingly, expert witness depositions were not able to take place during December 2007 (due to trial preparation) and January 2008.

In addition, plaintiff's accident reconstruction experts have been attempting since the fall to document the presence of certain physical evidence at the scene but have been unable to do so until February 19th because the scene was covered by ice and snow. Until the final scene visit, plaintiff's reconstructionist was not in a position to provide a complete deposition. Moreover, plaintiff's biomechanical expert could not be deposed until after the accident reconstructionist because of the fact that occupant kinematics are a function of vehicle dynamics. For these reasons the last two plaintiff's liability experts were not available for deposition prior to February 29, 2008. In view of these circumstances, the parties have met and conferred and agreed upon the following schedule to complete the depositions of all remaining experts for both sides:

Plaintiff's reconstruction expert, Robert Caldwell on March 4, 2008;

Plaintiff's biomechanical expert, Martha Bidez on March 13, 2008;

Ford's warnings expert, Christine Wood on March 31, 2008;

Ford's seat latch design expert, David Blaisdell on April 2, 2008;

Ford's accident reconstructionist, Goeff Germaine on April 10, 2008;

Ford's Metallurgist, Gary Fowler on April 14, 2008;

Ford's in house seat attachment expert, Dennis Shaffer on April 15, 2008;

Ford's in house seat belt design expert, Bill Ballard on April 17, 2008;

2
STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER-
Case No.: C-06-06503 PJH

Ford's in house seat attachment expert, Roger Burnett on April 25, 2008;

Ford's biomechanical expert, Robert Piziali on April 30, 2008

Ford's seat belt expert, Jeff Wirth on May 1, 2008

Ford's roof strength expert, Larry Ragan on May 6, 7, 2008

Ford's handling and stability expert, Lee Carr on May 9, 2008.

In spite of the parties' diligence given the number of experts involved and the variety of topic areas, it is simply impossible to complete all of these depositions without some relief from the existing scheduling order.

Since the last case management conference of October 12, 2007, the parties have completed mediation and the following fact and expert witness depositions have been taken:

| Jordan Dalrymple | Fact Witness | Feb. 19, 2008 |
| --- | --- | --- |
| Joe Long, CSSC | Ford's Expert | Feb. 4, 2008 |
| Alan Grill | Plaintiff's Non-retained Expert | Jan. 23, 2008 |
| Kirk Blackerby | Ford's Expert | Jan. 23, 2008 |
| Myrna Anderson | Fact Witness | Jan. 14, 2008 |
| Jay Shapiro | Ford' Expert | Jan. 14, 2008 |
| Alan Cantor | Plaintiff's Expert | Dec. 12, 2007 |
| Christian Bernhardt | Plaintiff's Expert | Nov. 28, 2007 |
| Thomas Brown | Plaintiff's Expert | Nov. 20, 2007 |
| Dr. Edward L. Workman | Ford's Expert | Nov. 6, 2007 |
| Steven Forrest | Plaintiff's Expert | Nov. 2, 2007 |

The parties therefore respectfully request that the Court amend the October 15, 2008

Amended Case Management and Pretrial Order to extend the expert witness discovery cut-off to May 15, 2008 with all other dates to remain the same.

DATED: February 29, 2008      THE BRANDI LAW FIRM

BY: /s/ Daniel Dell'Osso
DANIEL DELL'OSSO
Attorney for Plaintiff

DATED: February 29, 2008      SHOOK, HARDY & BACON, L.L.P.

BY: /s/ H. Grant
H. GRANT LAW
Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/4/08

The Honorable

NO FURTHER CONTINUANCES
WILL BE PERMITTED.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4
STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER-
Case No.: C-06-06503 PJH