UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAX PIERSON

    Plaintiff,

    v.

FORD MOTOR COMPANY,

    Defendant.
_____/

No. C 06-6503 PJH

**ORDER CONTINUING HEARING DATE**

    Defendant Ford Motor Company has filed two motions seeking to exclude certain opinions proffered by two of plaintiff's experts. The motion to exclude the opinions of Dr. Martha Bidez is noticed for hearing on June 18, 2008, and the motion to exclude opinions of Alan Cantor is noticed for July 9, 2008. In the interest of conserving judicial resources, the court prefers to hear both motions on the same date. Accordingly, the date for the hearing on the motion to exclude the opinions of Dr. Bidez is hereby CONTINUED to July 9, 2008.

**IT IS SO ORDERED.**

Dated: June 5, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge