UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAX PIERSON,

      Plaintiff,

      v.

FORD MOTOR COMPANY,

      Defendant.
_____/

No. C 06-6503 PJH

**ORDER VACATING HEARING DATE**

      The court has made a preliminary determination that defendant's motions to exclude opinions of Dr. Martha Bidez and Alan Cantor are appropriate for decision without oral argument. Accordingly, the date for the hearing on the motions, previously set for Wednesday, July 9, 2008, has been VACATED. The court will issue a decision on the papers. If the court has any questions regarding either motion, they will be addressed to counsel at the July 24, 2008, pretrial conference.

**IT IS SO ORDERED.**

Dated: June 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge