FRANK P. KELLY, III (SBN: 083473)
fkelly@shb.com
H. GRANT LAW (SBN:144505)
hlaw@shb.com
AMIR NASSIHI (SBN: 235936)
anassihi@shb.com
ANTHONY J. CAPOZZOLA (SBN: 250024)
acapozzola@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. C 06-6503 PJH<br><br>[~~PROPOSED~~] ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 4 AND 9, AND GRANTING NOS. 2 AND 8. |

After consideration of all filed papers and arguments of counsel, Plaintiff's Motion *in limine* Number 4 is CONDITIONALLY GRANTED.  Neither side may inject personal beliefs, express comments or sympathy, communicate  belief or personal thought.

After consideration of all filed papers and arguments of counsel, Plaintiff's Motion *in limine* Number 9 is CONDITIONALLY GRANTED.  Ford reserves the right to present evidence of Plaintiff's prior settlements should the settlements' relevance become apparent during trial.

Having received no opposition from Defendant, Plaintiff's Motions *in limine* Numbers 2 and 8 are GRANTED.

DATED:  7/3/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
[PROPOSED] ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTIONS IN LIMINE
NOS. 4 AND 9, AND GRANTING NOS. 2 AND 8.
CASE NO. C 06-6503 PJH

141709V1