United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAX PIERSON,

    Plaintiff,

    v.

FORD MOTOR COMPANY,

    Defendant.

_____/

No. C 06-6503 PJH

**JUDGMENT**

This action having been tried by a jury, and the jury having rendered a verdict,

It is Ordered that

the plaintiff Dax Pierson recover from the defendant Ford Motor Company the amount of $14,928,367.78, with interest as provided under 28 U.S.C. § 1961, along with costs.

Dated: August 18, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge