H. GRANT LAW (SBN: 144505)
hlaw@shb.com
AMIR NASSIHI (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

DANIEL DELL'OSSO  (SBN: 118203)
ddo@brandilaw.com
LAW OFFICES OF THOMAS J. BRANDI
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: 415.989.1800
Facsimile:  415.989.1801

Kevin F. Quinn, Esq.  (SBN: 106224)
quinn@tbmlawyers.com
TORNSNES BARTOLOTTA MCGUIRE
2550 Fifth Avenue, Suite 1100
San Diego, CA 92103
Telephone:    619.236.9363
Facsimile:    619.236.9653

Attorney for Plaintiff
DAX PIERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. CV-06-06503 PJH<br><br>**JOINT MOTION AND STIPULATION TO STAY JUDGMENT; [PROPOSED] ORDER** |

Plaintiff Dax Pierson and Defendant Ford Motor Company have met and conferred with respect to staying the judgment and execution or enforcement thereof, pending conclusion of post-trial and appellate proceedings in this matter.  Although Fed. R. Civ. Proc. Rule 62(a)'s 10 day stay

after entry of judgment falls on September 1, 2009, Parties have agreed that Ford may post its bond of $15,227,000, by September 4, 2009. The judgment and execution or enforcement thereof are stayed until the conclusion of post-trial and appellate proceedings in this matter, as if Ford's bond was approved by this Court before September 1, 2009.

Date: August 25, 2009                                   Respectfully Submitted,

                                                        SHOOK, HARDY & BACON, L.L.P.

                                                        By: /s/ *H. Grant Law*
                                                            H. GRANT LAW
                                                            Attorney for Defendant
                                                            FORD MOTOR COMPANY


                                                        THE BRANDI LAW FIRM.

                                                        By: /s/ *Kevin F. Quinn*
                                                            KEVIN F. QUINN,
                                                            Attorney for Plaintiff
                                                            DAX PIERSON


**[PROPOSED] ORDER**

Pursuant to stipulation, the Court hereby orders the following:

Enforcement or execution of the judgment in this matter are hereby stayed pending conclusion of post-trial and appellate proceedings, subject to Ford posting its bond by September 4, 2009.

**IT IS SO ORDERED.**

DATED: 8/26/09 _____            _____
                                          The Honorable Phyllis J. Hamilton

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*