THE BRANDI LAW FIRM
DANIEL DELL'OSSO #118203
BRIAN J. MALLOY #234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801
ddo@brandilaw.com

THORSNES, BARTOLOTTA, MCGUIRE
KEVIN F. QUINN #106224
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: 619 236-9363
Facsimile : 619 236-9653
QUINN@tbmlawyers.com

DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
JAMES ELOI DOYLE, ESQ.
JPMorgan Chase Tower
600 Travis Street, Houston, TX 77002
Telephone: (713) 228-5100
Facsimile (713) 228-6138
jdoyle@drhrlaw.com

Attorneys for Plaintiff

FILED
NOV 20 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | No. C 06 06503 PJH<br><br>**NOTICE OF APPEAL/CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Hon. Phyllis J. Hamilton |

1

NOTICE OF APPEAL/CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT - No. C 06 06503 PJH

Plaintiff Dax Pierson ("Plaintiff") appeals/cross-appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered on August 18, 2009, and all orders that underlying that judgment, specifically, the August 18, 2009 Order granting Defendant Ford Motor Company's ("Ford") motion for a set-off of the jury verdict award in favor of Plaintiff.

On November 18, 2009, Ford filed a Notice of Appeal, Ninth Circuit Case No. 09-17604. Ford filed a renewed motion for judgment as a matter of law and a motion for new trial, which was denied by a formal order entered on October 23, 2009.

Pursuant to Ninth Circuit Rule 3-2, attached as Exhibit 1 is Plaintiff's representation statement.

Dated: November 19, 2009                    THE BRANDI LAW FIRM

                                            By: *[signature]*
                                            BRIAN J. MALLOY
                                            Attorney for Plaintiff

## EXHIBIT 1

The attorneys of record for Plaintiff Dax Pierson are:

Daniel Dell'Osso (CA Bar #118203)
ddo@brandilaw.com
Brian J. Malloy (CA Bar #234882)
bjm@brandilaw.com
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

Kevin F. Quinn (CA Bar #106224)
QUINN@tbmlawyers.com
THORSNES, BARTOLOTTA, MCGUIRE
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: 619 236-9363
Facsimile : 619 236-9653

James E. Doyle
jdoyle@drhrlaw.com
DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
JPMorgan Chase Tower
600 Travis Street, Houston, TX 77002
Telephone: (713) 228-5100
Facsimile (713) 228-6138

The attorneys of record for defendant Ford Motor Company:

Richard A. Derevan (CA Bar #60960)
rderevan@swlaw.com
Christopher B. Pinzon (CA Bar #254110)
cpinzon@swlaw.com
SNELL & WILMER, LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

| | |
|---|---|
| 1 | H. Grant Law (CA Bar #144505) |
| | hlaw@shb.com |
| 2 | Sara Tropea (CA Bar #227270) |
| | stropea@shb.com |
| 3 | Amir Nassihi (CA Bar #235936) |
| 4 | anassihi@shb.com |
| | SHOOK, HARDY, & BACON LLP |
| 5 | 333 Bush Street, Suite 600 |
| | San Francisco, CA 94104-2828 |
| 6 | Telephone: (415) 544-1900 |
| 7 | Facsimile: (415) 391-0281 |

4

NOTICE OF APPEAL/CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT - No. C 06 06503 PJH