United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAX PIERSON,

       Plaintiff,                        No. C 06-6503 PJH

   v.                                 **ORDER TAXING COSTS**

FORD MOTOR COMPANY,

       Defendant.
_____/

Costs shall be taxed as follows:

1.    Fees of the clerk                                                           **$355.00**

2.    Fees for transcripts necessarily obtained for use in the case[1]

    a.    Objections resolved following additional submission

| | |
|---|---:|
| Gary Fowler (4/14/2008) | $1,797.77 |
| Christine Wood (3/31/2008) | $4,806.40 |
| Christine Wood (12/12/2008) | $983.55 |
| Geoffrey Germane (4/28/2008) | $1,921.47 |
| Robert Piziali (4/30/2008) | $2,851.45 |
| Roger Burnett (4/25/2008) | $1,141.30 |
| William Ballard (5/2/2008) | $1,209.12 |
| <u>Subtotal</u> | <u>$14,711.06</u> |

---

[1] Section 2 ("Fees for transcripts") includes (a) transcript costs to which defendant objected, which objections were resolved by the court following submission of additional information by plaintiff; (b) transcript costs to which defendant objected, which objections were resolved by the court's February 2, 2010 order; and (c) transcript costs to which defendant did not object.

|  |  |  |  |
|---|---|---|---:|
| 1 | b. | Objections resolved by February 2, 2010 order | |
| 2 | | Patrick Mason (9/11/2007) | $544.15 |
| 3 | | Christian Bernhardt (11/28/2007) | $312.45 |
| 4 | | Sharon Kawai (8/29/2007) | $507.05 |
| 5 | | Jordan Dalrymple (2/19/2008) | $320.45 |
| 6 | | Thomas Brown (11/30/2007) | $290.40 |
| 7 | | Patrick Scott (6/20/2007) | $327.40 |
| 8 | | Christian Bernhardt (9/21/2007) | $433.90 |
| 9 | | Dax Pierson (9/10/2007) | $317.45 |
| 10 | | Alan Cantor (12/12/2007) | $742.36 |
| 11 | | Martha Bidez (3/13/2008) | $882.75 |
| 12 | | Robert Caldwell (3/4/2008) | $937.32 |
| 13 | | Velva Hansen (5/12/2006) | $225.00 |
| 14 | | Dennis Schafer (5/15/2008) | $1,067.50 |
| 15 | | Jeffrey Weider (4/14/2009) | $931.15 |
| 16 | | <u>Subtotal</u> | <u>$7,839.33</u> |
| 17 | c. | No objections | |
| 18 | | Thomas Hedge (10/5/2007) | $1,080.89 |
| 19 | | Edward Workman (11/6/2007) | $611.35 |
| 20 | | Jay Shapiro (1/14/2008) | $568.80 |
| 21 | | Myrna Anderson (1/14/2008) | $258.40 |
| 22 | | Joseph Long (2/4/2008) | $482.60 |
| 23 | | Allan Grill (1/23/2008) | $297.45 |
| 24 | | Adam Drucker (8/17/2007) | $211.25 |
| 25 | | Jeffrey Logan (5/2/2006) | $29.72 |
| 26 | | Kirk Blackerby (1/23/2008) | $999.30 |
| 27 | | Stephen Forrest (11/2/2007) | $599.60 |
| 28 | | | |

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

| | | |
|---|---|---|
| 1 | Anthony Anderson (6/29/2006) | $167.55 |
| 2 | Stephen Gaines (6/29/2006) | $155.65 |
| 3 | Dax Pierson (4/18/2006) | $596.80 |
| 4 | Emily D'Aniello (4/13/2006) | $216.20 |
| 5 | Alan Cantor (1/22/2009) | $637.40 |
| 6 | William Bernard (7/6/2006) | $86.55 |
| 7 | Theresa Impang-Lozada (7/6/2006) | $141.65 |
| 8 | Jeffrey Wirth (5/1/2008) | $3,828.88 |
| 9 | Christopher Detzer (8/20/2007) | $390.65 |
| 10 | Larry Ragan (5/14/2008) | $1,191.25 |
| 11 | Gary Fowler (4/28/2009) | $219.50 |
| 12 | Transcripts of Proceedings (1/17/2007) | $34.50 |
| 13 | Transcripts of Proceedings (7/24/2008) | $224.40 |
| 14 | Transcripts of Proceedings (5/11/2009 and 5/12/2009) | $371.70 |
| 15 | Transcripts of Proceedings (5/14/2009 to 5/21/2009) | $4,108.70 |
| 16 | Transcript of Jury Verdict (5/27/2009) | $6.30 |
| 17 | Subtotal | $17,517.04 |
| 18 | Section 2 ("Fees for Transcripts") Total | **$40,067.43** |
| 19 | 3.  Fees for costs of exemplification and costs of making copies | **$877.40** |
| 20 | 4.  Total costs from sections 1, 2, and 3 | **$41,299.83** |

**IT IS SO ORDERED.**

Dated: March 26, 2010

PHYLLIS J. HAMILTON
United States District Judge

3