UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX PIERSON<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | Case No.: CV-06-06503 PJH<br><br>**ORDER FOR RELEASE OF SUPERSEDEAS BOND FOR STAY OF EXECUTION** |

**ORDER FOR RELEASE OF SUPERSEDEAS BONDS FOR STAY OF EXECUTION**

In accordance with Parties' stipulation, it is Ordered that Safeco Insurance Company of America (surety bond #6661280 dated August 28, 2009 in the amount of $15,227,000) is hereby fully and unconditionally discharged and released from any and all past, present and future liability

IT IS SO ORDERED

DATED: 10/12/11

_____
The Honorable Phyllis J. Hamilton

[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]